# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES, JOHN E. | US COURT-MIDDLE DISTRICT OF PA | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

228 WALNUT STREET
HARRISBURG, PA 17108

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR & OFFICER | ████ BUSINESS AND 8 AFFILIATED CORPORATIONS |
| 2. | TRUSTEE - ████ TRUST | TRUST 1 |
| 3. | TRUSTEE - ████ TRUST | TRUST 2 |
| 4. | TRUSTEE - ████ TRUST | TRUST 3 |
| 5. | ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF OKLAHOMA | 12/5 - 12/7 | OKLAHOMA CITY, OK | LECTURE | AIRFARE, HOTEL, AND MEALS |
| 2. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/23 - 3/24 | NEW YORK, NY | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 3. | PA DISTRICT ATTORNEYS ASSN. | 7/10 - 7/11 | SEVEN SPRINGS, PA | LECTURE | MILEAGE, HOTEL, AND MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES, JOHN E.** | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▮▮▮ TRUST | CASH | $13,000.00 |
| 2. | ▮▮▮ TRUST | CASH | $13,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - ▮▮▮▮ | A | Distribution | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC.-▮▮▮▮ | A | Distribution | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC.-▮▮▮▮ | A | Distribution | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC.-▮▮▮▮ | A | Distribution | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC.-▮▮▮▮ | A | Distribution | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC.-▮▮▮▮ ▮▮▮▮ | A | Distribution | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC.-▮▮▮▮ | | None | J | W | | | | | |
| 8. PAT MAR CO. INC.-▮▮▮▮ | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.-CHECKING | | None | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | C | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 13. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | Sold (part) | 9/4/2012 | J | B | |
| 14. CHEVRON - CVX COMMON STOCK-IRA | B | Dividend | J | T | | | | | |
| 15. HPQ COMMON STOCK-IRA | A | Dividend | | | Sold | 12/21/12 | J | | |
| 16. XOM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 17. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 19. KMB COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 20. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 21. MMM COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 22. PEP COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 23. PFE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 24. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | K | T | | | | | |
| 25. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | A | Dividend | J | T | | | | | |
| 26. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | J | T | | | | | |
| 27. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 28. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 29. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 30. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 31. FNB DAILY FUND - IRA | A | Dividend | L | T | | | | | |
| 32. APPLE COMPUTER - COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/24/12 | J | C | |
| 33. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | B | Dividend | K | T | | | | | |
| 34. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | J | T | | | | | |
| 36. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 37. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 38. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 39. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 40. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | B | Dividend | L | T | | | | | |
| 41. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 42. CITIGROUP - IRA | A | Dividend | J | T | | | | | |
| 43. FEDERATED STRATEGIC VALUE FUND ▮ - IRA | A | Dividend | K | T | | | | | |
| 44. OAKMARK INT'L ▮ - IRA | A | Dividend | J | T | | | | | |
| 45. HARBOR INT'L FUND ▮ - IRA | A | Dividend | K | T | | | | | |
| 46. LIBERTY GLOBAL INC | | None | | | Sold | 11/16/12 | J | B | |
| 47. S&P MID CAP 400 - MDY | A | Dividend | J | T | | | | | |
| 48. ORRSTOWN FINANCIAL SERVICES | | None | | | Sold | 11/23/12 | J | | |
| 49. SUSQUEHANNA BANK (SUSQ) | A | Dividend | J | T | | | | | |
| 50. AMERICAN CENTURY MID CAP VALUE - ACMVX | A | Dividend | J | T | | | | | |
| 51. BRIDGEWAY LARGE CAP GROWTH - BRLGX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 53. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |
| 54. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 55. PHOENIX CONTRACTING - ▮▮▮▮ | | None | J | W | | | | | |
| 56. GENERAL MOTORS CO - GM | | None | J | T | | | | | |
| 57. FIDELITY CONTRA FUND - FCNTX | A | Dividend | J | T | | | | | |
| 58. HEARTLAND VALUE PLUS - HRVIX | A | Dividend | J | T | | | | | |
| 59. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | J | T | | | | | |
| 60. FEDERATED ARMS FUND - FEUGX - IRA | A | Dividend | K | T | | | | | |
| 61. FEDERATED INST HIGH YIELD BD - FIHBX - IRA | B | Dividend | J | T | | | | | |
| 62. VANGUARD SHORT-TERM BOND INDEX - VBSSX - IRA | A | Dividend | K | T | | | | | |
| 63. VANGUARD INTER-TERM INV GRADE - VFIDX - IRA | A | Dividend | K | T | | | | | |
| 64. VANGUARD SHORT-TERM INV GRADE - VFSUX - IRA | B | Dividend | L | T | | | | | |
| 65. BARON SMALL CAP FUND - BSFIX - IRA | | None | K | T | | | | | |
| 66. COHEN & STEERS REALTY SHARES - CSRSX - IRA | A | Dividend | J | T | | | | | |
| 67. FEDERATED INTERCONTINENTAL FD - ICFIX - IRA | A | Dividend | K | T | | | | | |
| 68. GOLDMAN SACHS M/C VALUE INST - GSMCX - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PERKINS SMALL CAP VALUE - JSCOX - IRA | A | Dividend | J | T | | | | | |
| 70. PIMCO COMMODITY TOTAL RETURN - PCRIX - IRA | A | Dividend | J | T | | | | | |
| 71. T ROWE PRICE MID CAP GWTH - RPMGX - IRA | A | Dividend | K | T | | | | | |
| 72. T ROWE PRICE EMERGING MKT ST - PRMSX - IRA | A | Dividend | K | T | | | | | |
| 73. AT&T INC - T - IRA | A | Dividend | J | T | | | | | |
| 74. ANALOG DEVICES - ADI - IRA | A | Dividend | J | T | | | | | |
| 75. AUTOMATIC DATA PROCESSING - ADP - IRA | A | Dividend | J | T | | | | | |
| 76. INTERNATIONAL BUSINESS MCHS - IBM - IRA | A | Dividend | J | T | | | | | |
| 77. PAYCHEX INC - PAYX - IRA | A | Dividend | J | T | | | | | |
| 78. QUALCOMM INC - QCOM - IRA | A | Dividend | J | T | | | | | |
| 79. VISA INC - V - IRA | A | Dividend | J | T | | | | | |
| 80. GENUINE PARTS CO - GPC - IRA | A | Dividend | J | T | | | | | |
| 81. MCDONALDS CORP - MCD - IRA | A | Dividend | J | T | | | | | |
| 82. H J HEINZ CO - HNZ - IRA | A | Dividend | J | T | | | | | |
| 83. PROCTER & GAMBLE CO - PG - IRA | A | Dividend | J | T | | | | | |
| 84. WALMART STORES INC - WMT - IRA | A | Dividend | J | T | | | | | |
| 85. CHESAPEAKE ENERGY CORP - CHK - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CONOCO PHILLIPS - COP - IRA | A | Dividend | J | T | | | | | |
| 87. OCCIDENTAL PETROLEUM - OXY - IRA | A | Dividend | J | T | | | | | |
| 88. TIDEWATER INC - TDW - IRA | A | Dividend | K | T | | | | | |
| 89. CHUBB CORP - CB - IRA | A | Dividend | J | T | | | | | |
| 90. FEDERATED INVS INC PA CLB - FII - IRA | A | Dividend | J | T | | | | | |
| 91. NYSE EURONEXT - NYX - IRA | A | Dividend | J | T | | | | | |
| 92. ABBOTT LABS - ABT - IRA | A | Dividend | J | T | | | | | |
| 93. BRISTOL MYERS SQUIBB - BMY - IRA | A | Dividend | J | T | | | | | |
| 94. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | J | T | | | | | |
| 95. ELI LILLY & CO - LLY - IRA | A | Dividend | J | T | | | | | |
| 96. EMERSON ELECTRIC - EMR - IRA | A | Dividend | J | T | | | | | |
| 97. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | J | T | | | | | |
| 98. FREEPORT - MCMORAN - FCX - IRA | A | Dividend | J | T | | | | | |
| 99. PPG INDUSTRIES INC - PPG - IRA | A | Dividend | J | T | | | | | |
| 100. WINDSTREAM CORP - WIN - IRA | A | Dividend | J | T | | | | | |
| 101. DOMINION RES INC VA - D - IRA | A | Dividend | J | T | | | | | |
| 102. EXELON CORP - EXC - IRA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SOUTHERN CO - SO - IRA | A | Dividend | J | T | | | | | |
| 104. ROYAL DUTCH SHELL - RDS - IRA | A | Dividend | J | T | | | | | |
| 105. ACCENTURE PLC IRELAND - ACN - IRA | A | Dividend | J | T | | | | | |
| 106. NOAH HOLDINGS - NOAH | | None | | | Sold | 1/3/12 | J | | |
| 107. FIRST TR VALUE LINE 100 EXCHANGE TR FD - FVL | | None | | | Sold | 2/6/12 | J | | |
| 108. VANGUARD INDEX FDS TOTAL STOCK - VTI | A | Dividend | J | T | | | | | |
| 109. DUNKIN BRANDS GROUP INC - DNKN | A | Dividend | J | T | | | | | |
| 110. BLACKROCK MUNIHOLDINGS QUALITY FD II - MUE | A | Dividend | J | T | | | | | |
| 111. TARGET CORP - TGT | A | Dividend | J | T | | | | | |
| 112. CITIGROUP FDG INC MED TERM SR (TRUST 1) | A | Interest | K | T | | | | | |
| 113. BARCLAYS BANK PLC NOTE MTN (TRUST 1) | A | Interest | | | Sold | 8/1/12 | K | | |
| 114. MORGAN STANLEY DW DISC SRMTRIS (TRUST1) | A | Interest | J | T | | | | | |
| 115. SUNTRUST BANK ATLANTA CD INDEX ZERO (TRUST 1) | A | Interest | K | T | | | | | |
| 116. SUNTRUST BANK ATLANTA CD (TRUST 1) | A | Interest | K | T | | | | | |
| 117. WELLS FARGO & CO FIX FIT NT (TRUST 1) | A | Interest | J | T | | | | | |
| 118. SUNTRUST MONEY MARKET A/C (TRUST 1) | A | Interest | N | T | | | | | |
| 119. CITIGROUP FDG INC MED TERM SR (TRUST 2) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SUNTRUST BK ATLANTA GA CD (TRUST 2) | A | Interest | K | T | | | | | |
| 121. SUNTRUST MONEY MARKET A/C (TRUST 2) | A | Interest | N | T | | | | | |
| 122. SUNTRUST MONEY MARKET A/C (TRUST 3) | B | Interest | K | T | | | | | |
| 123. PHILLIPS 66 - IRA | | None | | | Spinoff (from line 86) | 5/4/12 | J | | |
| 124. PHILLIPS 66 - IRA | | None | | | Sold | 5/31/12 | J | A | |
| 125. ZYNGA INC | | None | J | T | Buy | 2/6/12 | J | | |
| 126. RCM TECH INC | A | Dividend | J | T | Buy | 9/4/12 | J | | |
| 127. SLM CORP | A | Dividend | J | T | Buy | 2/6/12 | J | | |
| 128. PIMCO INV GR BOND CL D | A | Dividend | J | T | Buy | 11/16/12 | J | | |
| 129. API EFFICIENT FRON CL C | A | Dividend | J | T | Buy | 11/26/12 | J | | |
| 130. AUXILIUM PHARM | | None | J | T | Buy | 12/28/12 | J | | |
| 131. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | J | T | Open | 12/31/12 | J | | |
| 132. AT&T INC - COMMON - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 133. ALTRIA GROUP INC - TRUST 1 | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 134. BRISTOL MYERS SQUIBB - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 135. CAMPBELL SOUP - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 136. DUKE ENERGY CORP - TRUST 1 | | None | J | T | Buy | 12/21/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. EXELON CORP - TRUST 1 | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 138. GENERAL MILLS INC - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 139. JOHNSON & JOHNSON - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 140. KELLOGG COMPANY - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 141. KIMBERLY CLARK - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 142. ELI LILLY & CO - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 143. MCDONALDS CORP - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 144. MERCK & CO - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 145. PPL CORP - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 146. PEPSICO INC - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 147. PFIZER - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 148. PHILIP MORRIS INT'L - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 149. PROCTER & GAMBLE CO - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 150. SOUTHERN CO - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 151. VERIZON COMMUNICATIONS - TRUST 1 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 152. AT&T INC - COMMON - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 153. ALTRIA GROUP INC - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BRISTOL MYERS SQUIBB - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 155. CAMPBELL SOUP - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 156. DUKE ENERGY CORP - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 157. EXELON CORP - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 158. GENERAL MILLS INC - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 159. JOHNSON & JOHNSON - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 160. KELLOGG COMPANY - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 161. KIMBERLY CLARK - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 162. ELI LILLY & CO - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 163. MCDONALDS CORP - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 164. MERCK & CO - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 165. PPL CORP - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 166. PEPSICO INC - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 167. PFIZER - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 168. PHILIP MORRIS INT'L - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 169. PROCTER & GAMBLE CO - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 170. SOUTHERN CO - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. VERIZON COMMUNICATIONS - TRUST 2 | A | Dividend | J | T | Buy | 8/14/12 | J | | |
| 172. SUN TRUST BK ATLANTA CD - TRUST 2 | A | Interest | K | T | Buy | 1/2/12 | K | | |
| 173. MORGAN STANLEY DW DIS NOTE - TRUST 2 | A | Interest | J | T | Buy | 1/2/12 | J | | |
| 174. WELLS FARGO & CO FIX FH NOTE - TRUST 2 | A | Interest | J | T | Buy | 1/2/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JOHN E. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN E. JONES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544